IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN MADONNA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 13-6693 |

ORDER

J. WILLIAM DITTER, JR., J.

AND NOW, this 12th day of August, 2014, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be remanded for consideration of the effect of Madonna's cardiac condition and diabetes on his RFC.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.